# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GUPTA, BHAGWAN, D.,** | ) |
| **Plaintiff,** | ) |
| -vs- | ) Case No. CIV-18-317-G |
| **OKLAHOMA CITY PUBLIC SCHOOLS,** | ) |
| **Defendant.** | ) |

### Defendant's Motion to Continue Status and Scheduling Conference

Defendant respectfully requests that this case be continued to the April Status and Scheduling Conference Docket and submits the following in support of its Motion:

1. The Court has scheduled this matter on the Status and Scheduling Conference Docket for Wednesday, March 6, 2019.

2. The Notice to Counsel provided with the Status and Scheduling Conference Docket indicates that lead counsel shall participate in the status conference or will be preventing from participating at trial.

3. The undersigned attorney, Laura L. Holmes, is lead counsel in this case. Ms. Holmes is scheduled to be out of the country on March 6, 2019 and will not be able to participate by telephone or in person at the Status and Scheduling Conference.

4. This case is just beginning, and no deadlines have yet been set. Defendant's Motion to Dismiss remains pending before the Court. Thus, there is no prejudice for the one month delay until the April Status and Scheduling Conference Docket.

5. Defendant's counsel has spoken with Plaintiff, and Plaintiff does not object to the continuation of the Status and Scheduling Conference to the April docket.

Wherefore, Defendant respectfully requests that this case be stricken from the March Status and Scheduling Conference Docket and be continued to the April Status and Scheduling Conference Docket.

S/Laura L. Holmes
Laura L. Holmes, OBA #14748
Attorney For Defendant
The Center For Education Law, P.C.
900 N. Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile:  (405) 528-5800
E-mail: Lholmes@cfel.com

## Certificate of Service

I hereby certify that on February 4, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic filing and mailed by regular mail to: Bhagwan D. Gupta.

S/Laura L. Holmes
Laura L. Holmes
